**No. 09-11006. Richard Martin, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

562 U.S. 858, 131 S. Ct. 130, 178 L. Ed. 2d 79, 2010 U.S. LEXIS 5949.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 347 Fed. Appx. 485.

**No. 09-11007. Hassan Butler, Petitioner v. Gregory Schwartz, Warden.**

562 U.S. 858, 131 S. Ct. 130, 178 L. Ed. 2d 79, 2010 U.S. LEXIS 5920.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-11013. Tony L. Curtis, Petitioner v. California.**

562 U.S. 858, 131 S. Ct. 130, 178 L. Ed. 2d 79, 2010 U.S. LEXIS 6266.

October 4, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 09-11015. Cory H. Cooper, Petitioner v. California.**

562 U.S. 859, 131 S. Ct. 131, 178 L. Ed. 2d 79, 2010 U.S. LEXIS 6434.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

**No. 09-11016. Nilima Mehra, Petitioner v. Continental Casualty Company, et al.; and Nilima Mehra, Petitioner v. Kia Saeian, et al.**

562 U.S. 859, 131 S. Ct. 131, 178 L. Ed. 2d 79, 2010 U.S. LEXIS 5930,

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Wisconsin, District I, denied.

Same case below, 322 Wis. 2d 735, 778 N.W.2d 172 (first judgment).

**No. 09-11017. Rodrecus A. Morris, Petitioner v. David B. Everett, Warden.**

562 U.S. 859, 131 S. Ct. 132, 178 L. Ed. 2d 79, 2010 U.S. LEXIS 6128.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 366 Fed. Appx. 469.

**No. 09-11018. Cornelius T. McDaniel, Petitioner v. Ken McKee, Warden.**

562 U.S. 859, 131 S. Ct. 132, 178 L. Ed. 2d 79, 2010 U.S. LEXIS 6280.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.